**UNITED STATES, Appellee,**

v.

**Private First Class Douglas J. WHITE,
561–35–7549, United States
Army, Appellant.**

**CM 449160.**

U.S. Army Court of Military Review.

26 Feb. 1987.

For Appellant: Major Joel D. Miller,
JAGC, Major Marion E. Winter, JAGC,

Captain William J. Kilgallin, JAGC (on
brief).

For Appellee: Colonel Norman G. Cooper, JAGC, Lieutenant Colonel Gary F. Roberson, JAGC, Captain Denise K. Vowell,
JAGC, Captain Karen L. Taylor, JAGC (on
brief).

Before O'ROARK, RABY and
CARMICHAEL, Appellate Military
Judges.

OPINION OF THE COURT

PER CURIAM:

Appellant was convicted by a general
court-martial and sentenced to a bad-conduct discharge, forfeiture of all pay and
allowances and reduction to the grade of
Private E–1. The convening authority approved only so much of the sentence as
provided for a bad-conduct discharge, reduction to the grade of Private E–1 and
forfeiture of $426.00 pay per month "for so
long as the accused is entitled to pay."

Appellant asserts that the convening authority erred in approving a sentence to
forfeiture of pay for an indefinite period of
time. We are satisfied that the forfeiture
provisions in the convening authority's action did not comply with the express terms
of Manual for Courts-Martial, United
States, 1984, Rule for Courts-Martial
1003(b)(2).[1] We will correct this error by
limiting the approved forfeitures to a one
month time period. *Cf. United States v.
Wilson*, CM 448929 (A.C.M.R. 7 Nov.
1986)(unpub.) (limiting "forfeiture of
$450.00 pay per month" to a one month
period).

We have considered the other assignments of errors, including those personally
raised by appellant, and find them to be
without merit.

The findings of guilty are affirmed.

Reassessing the sentence on the basis of
the error noted and the entire record, only
so much of the sentence is affirmed as

---

**1.** R.C.M. 1003(b)(2) pertinently states "[u]nless a total forfeiture is adjudged, a sentence to forfeiture shall state the exact amount in whole dollars to be forfeited each month *and the number of months the forfeiture will last.*" (Emphasis supplied.)

provides for a bad-conduct discharge, forfeiture of $426.00 pay per month for one month and reduction to the grade of Private E–1.